# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

GABRIEL YATES,

    *Plaintiff*,

vs.

MICHAEL CRISTALLI, *et al.*,

    *Defendants*.

2:13-cv-00013-APG-PAL

ORDER

Following upon the plaintiff's notice (#4) of voluntary dismissal in this *pro se* civil rights action,

IT ORDERED that all pending motions are DENIED without prejudice and that this action shall be DISMISSED without prejudice.

The Clerk of Court shall enter final judgment accordingly, dismissing the action without prejudice.

DATED:   May 7, 2013

_____
ANDREW P. GORDON
United States District Judge